## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANTWAN HALL,

      Petitioner,                              Case No. 14-cv-12227
                                                        Hon. Matthew F. Leitman

v.

DAVID BERGH,

      Respondent.

_____/

### ORDER STRIKING PETITIONER'S MOTION (ECF NO. 24)

In 2014, Petitioner Antwan Hall filed a petition for a writ of habeas corpus challenging his second-degree murder conviction. (*See* Pet., ECF No. 1.) The petition was denied on June 30, 2015. (*See* Op. and Order, ECF No. 11.) On January 23, 2025, Hall submitted a motion for a writ of habeas corpus bearing the case number of this closed case. (ECF No. 24.) The motion concerns a prison disciplinary proceeding wholly unrelated to the original petition. Hall may not file a new and unrelated habeas petition in this case. If he wishes to challenge the prison disciplinary proceeding, he must file a new case.

Accordingly, IT IS ORDERED that ECF No. 24 shall be STRICKEN from the record in this case.

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: February 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
